## Ligon *v*. The State.

*Practicing Medicine Without License.*

(Decided Dec. 21, 1905, 39 So. Rep. 662.)

APPEAL from Mobile City Court.
Heard before Hon. O. J. SEMMES.

PILLANS, HANAW & PILLANS, for appellant.
MASSEY WILSON, Attorney General and B. B. BOONE, for the State.

HARALSON, J.—This case is affirmed upon the authority of *Bragg v. The State*, 134 Ala. 165, 32 So. 767, 58 L. R. A. 925.

TYSON, DOWDELL, SIMPSON and DENSON, JJ., concur.

## Beal *v*. McKee.

*Detinue.*

(Decided Dec. 21, 1905, 39 So. Rep. 664.)

APPEAL from Hale Circuit Court.
Heard before Hon. JOHN MOORE.

I. F. LEWIS, for appellant.
DEGRAFFENREID & EVINS, for appellee.

DOWDELL, J.—Reversed and remanded on the authority of *Patterson v. Irwin*, 132 Ala. 555, 31 So. Rep. 474.

HARALSON, TYSON, SIMPSON and DENSON, JJ., concur.

## Dooly *v*. Pinson, *et al*.

*Bill for Specific Performance.*

(Decided Dec. 21, 1905, 39 So. Rep. 664.)

APPEAL from Sumter Chancery Court.
Heard before Hon. THOMAS H. SMITH.

W. K. SMITH, for appellant.
C. J. BROCKAWAY and J. A. MITCHELL, for appellee.

Affirmed.

Opinion by DENSON, J.

HARALSON, TYSON, DOWDELL and ANDERSON, JJ., concur.